RECEIVED
(RECEIVED)
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 2 7 2026

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

Armond Ford
_____
Plaintiff

Prisoner # 755346

VS.

Lafayette Parish Correctional Center. ett All
Defendant

Civil Action No.   1:26-cv-0984 SEC P   SEC. P

Judge   _____

Magistrate Judge   _____

## COMPLAINT
## PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

### I.    Previous Lawsuits

a.    Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes _____    No ___✓___

b.    If your answer to the preceding question is "Yes," provide the following information.

1.    State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

_____

_____

2.    Name the parties to the previous lawsuit(s):

Plaintiffs:    _____

Defendants:    _____

3.    Docket number(s):    _____

4.    Date(s) on which each lawsuit was filed:    _____

5.    Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

*(Rev. 12/15/2023)*

c.   Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes _____   No ⟋

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

**II.   a.   Name of institution and address of current place of confinement:**

Catahoula Correctional Center 499 old Columbia Rd. LA. 71340

b.   Is there a prison grievance procedure in this institution?

Yes ⟋   No _____

1.   Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ⟋   No _____

2.   If you did not file an administrative grievance, explain why you have not done so.

I was told this Institution could do nothing about it. D.O.C denied me.

3.   If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

Yes, I wrote ARP's to the Louisiana Department of Public Safety and Corrections

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III.   Parties to Current Lawsuit:**

a.   Plaintiff, Armond Ford D.O.C 755346

Address 499 old Columbia Road, Harrisonburg LA. 71340

*(Rev. 12/15/2023)*

b.   Defendant, <u>LouisiANA DeppRtment of Corrections</u>, is employed as

<u>D.O.C Officials</u> at <u>94304 Capitol StAtion, BAton Rouge 70804</u>

Defendant, <u>Lafayette PArish Sheriffs Office</u>, is employed as

<u>Lafayette PArish Correctional Center</u> at _____.

Defendant, _____, is employed as

_____ at _____.

Additional defendants, <u>Joseph KRonski</u>

_____

## IV.   Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS. IF EXTRA PAGES ARE REQUIRED TO STATE THE FACTS OF YOUR CASE, YOU ARE LIMITED TO FIVE TYPEWRITTEN OR TEN LEGIBLE HANDWRITTEN PAGES PURSUANT TO LOCAL CIVIL RULE 3.2**

There wAs no jail credit applied to concurrent Docket number 195723. Documentation shows, in error that I was apparently arrested, billed, arraigned and sentenced all in one day, on 9·15·2025. However, the UCO clearly shows the offense was 5·31·22. Pursuant to Judges order, and LA.C.Cr.P, all incarceration should be applied as jail credit to Docket 195723, from date of offense forward.

*(Rev. 12/15/2023)*

**V.    Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Monetary Gain and Apply the proper jail credit to Docket 195723 and process release papers immediately.

**VI.   Plaintiff's Declaration**

a.    I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.    I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.    If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this __Feb.__ day of ___10___ , 20 __26__ .

___7553746___                                    ___Ar'mond Ford___
**Prisoner no. (Louisiana Department of          Signature of Plaintiff
Corrections or Federal Bureau of Prisons)**